UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CIERRA C. WHITE (14),<br><br>Defendant. | NO: 2:14-CR-21-RMP-14<br><br>ORDER GRANTING UNITED STATES' ORAL MOTION TO DISMISS AND CLOSING CASE |
|---|---|

BEFORE THE COURT is the United States' Oral Motion to Dismiss Count 2 of the Indictment charging Defendant with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. § 846 and Count 17 charging Defendant with Distribution of a Controlled Substance in violation of 21 U.S.C. § 841(a)(1). This matter came before the Court at Defendant's sentencing hearing in a companion case, Case No. 2:13-CR-177-RMP-4, on February 3, 2016. The Court finds good cause to grant the motion.

/ / /

/ / /

ORDER GRANTING UNITED STATES' ORAL MOTION TO DISMISS AND CLOSING CASE ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's oral motion to dismiss **Count 2** and **Count 17** is **GRANTED**.

2. **Count 2** of the Indictment charging Defendant with Conspiracy to Distribute a Controlled Substance and **Count 17** charging Defendant with Distribution of a Controlled Substance **are hereby dismissed** as to **Defendant Cierra C. White**.

The District Court Clerk is directed to enter this Order, provide copies to counsel.

**DATED** this 4th day of February 2016.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING UNITED STATES' ORAL MOTION TO DISMISS AND CLOSING CASE ~ 2